IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: December 15, 2009



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-28575/2005065924

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-24585-RJH |
| Roland A. Stevens, Sr. | Chapter 7 |
|     Debtor. | ORDER |
| CitiMortgage, Inc. | |
|     Movant, | (Related to Docket #10) |
|     vs. | |
| Roland A. Stevens, Sr., Debtor, Lothar Goernitz, Trustee. | |
|     Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 28, 2008 and recorded in the office of the Maricopa County Recorder wherein CitiMortgage, Inc. is the current beneficiary and Roland A. Stevens, Sr. has an interest in, further described as:

The following described property situate in Maricopa County, Arizona:

Lot 672, of SIENNA VISTA, according to the Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 681 of Maps, Page 38; a Certificate of Correction recorded as 2004-574217 of Official Records; a Certificate of Correction recorded as 2004-583603 of Official Records; a Certificate of Correction recorded as 2004-1081197 of Official Records; a Certificate of Correction recorded as 2004-1081198 of Official Records; a Certificate of Correction recorded as 2004-1084481 of Official Records; a Certificate of Correction recorded as 2004-1084482 of Official Records; and a Certificate of Correction recorded as 2004-1084483 of Official Records.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT